**FITAPELLI & SCHAFFER, LLP**
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW SPICIARICH, JOEL O'NEIL, and IAN ANDERSON, on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br><br>-against-<br><br>THE GORMAN GROUP, LLC; GORMAN BROS., INC.; ALBERT MARK GORMAN, individually; and PAUL ANTHONY GORMAN, individually;<br><br>**Defendants.** | No. 20 Civ. 646 (CFH) |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement ("Motion for Final Approval") and in the Declaration of Brian S. Schaffer in Support of Plaintiffs' Motion for Final Approval (the "Schaffer Declaration"), Plaintiffs respectfully request the Court enter an Order:

(1)    granting final approval of the Joint Stipulation of Settlement and Release ("Settlement Agreement"), attached as **Exhibit A** to the Schaffer Declaration;

(2)    certifying a settlement class under Fed. R. Civ. P. 23(a) and (b)(3) for purposes of effectuating the settlement;

(3)    issuing final approval of the FLSA settlement;

(4)    approving services awards to Plaintiffs Andrews Spiciarich, Joel O'Neil, Ian

Anderson, and Opt-in Plaintiffs Timothy Murphy, Nicholas Smith, and Jared O'Neil as outlined in the Settlement Agreement;

    (5)    awarding Class Counsel's attorneys' fees and costs as outlined in the Settlement Agreement;

    (6)    approving Plaintiffs' proposed final settlement procedure; and

    (7)    granting such other, further, or different relief as the Court deems just and proper.

Plaintiffs have contemporaneously submitted a Proposed Order, attached as **Exhibit H** to the Schaffer Declaration, for the Court's convenience.

*   *   *

Dated: New York, New York
July 6, 2021

Respectfully submitted,

/s/ Brian S. Schaffer
Brian S. Schaffer

**FITAPELLI & SCHAFFER, LLP**
Brian S. Schaffer
Hunter G Benharris
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375

*Attorneys for Plaintiffs and
the Putative Class*