# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ANDREW SPICIARICH, JOEL O'NEIL, and
IAN ANDERSON, on behalf of themselves and all
others similarly situated,

              Plaintiffs,

   -against-

THE GORMAN GROUP, LLC; GORMAN
BROS., INC.; ALBERT MARK GORMAN,
individually; and PAUL ANTHONY GORMAN,
individually;

             Defendants.

No. 20 Civ. 646 (CFH)

---

## ORDER GRANTING PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

1. Based on the submissions by Plaintiffs, the Court grants preliminary approval of the Settlement reached between the parties as set forth in their Settlement Agreement.

2. The Court provisionally certifies the requested Class under Fed. R. Civ. P. 23(a) and (b)(3) for settlement purposes only.

3. The Court appoints Fitapelli & Schaffer, LLP as Class Counsel.

4. The Court appoints A.B. Data, Ltd. as the Settlement Claims Administrator.

5. The Court approves the proposed Class Notice and directs its distribution to the Class.

6. The motion for Final Approval will be heard on _June 10_, 2021. at 10:00 AM. CFH

It is so ORDERED this __15__ day of __April__, 2021.

Dated: Albany, New York
       _April 15_, 2021

                                          _/s/ Christian F. Hummel_
                                          Hon. Christian F. Hummel