# EXHIBIT D

# *Time Ticket Diary Report*

| | |
|---|---|
| Report Date: | 7/6/2021 |
| Report Time: | 7:45PM |
| Page: | 1 of 16 |
| User ID: | enharris |

## Fitapelli & Schaffer, LLP

| | |
|---|---|
| **Date Range:** | **08/01/2015 to 07/06/2021** |
| **Timekeeper:** | **All** |
| **Client:** | **166487126  Gorman Bros Inc.** |
| **Matter:** | **66-1442 Gorman Bros Inc.** |
| **Billing Type:** | **All** |
| **Task Code:** | **All** |
| **Hold Status:** | **All (both Held and Non-Held)** |
| **Billing Status:** | **Unbillled Only** |
| **Sorted by:** | **Timekeeper,Date,Client** |

| Client Number Client Name | Matter Number | Date Matter Description | Ticket Number | Hours | Amount | Type | Task Code | Activity Code | Held | Billing Status |
|---|---|---|---|---|---|---|---|---|---|---|
| **B** Brian Schaffer | | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 04/01/2020 Gorman Bros Inc. | 21 | 1.30 | 877.50 | BL | | | No | Unbilled |
| Time Ticket Text: | drafting litigation setup | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 06/04/2020 Gorman Bros Inc. | 12 | 1.40 | 945.00 | BL | | | No | Unbilled |
| Time Ticket Text: | reveiwng gorman complaint draft | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 06/10/2020 Gorman Bros Inc. | 24 | 1.30 | 877.50 | BL | | | No | Unbilled |
| Time Ticket Text: | reviewing and editing Hunters draft of complaint | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 06/25/2020 Gorman Bros Inc. | 15 | 0.40 | 270.00 | BL | | | No | Unbilled |
| Time Ticket Text: | prep for call with defense counsel | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 06/25/2020 Gorman Bros Inc. | 16 | 0.30 | 202.50 | BL | | | No | Unbilled |
| Time Ticket Text: | call with defense counsel | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 06/26/2020 Gorman Bros Inc. | 18 | 0.40 | 270.00 | BL | | | No | Unbilled |
| Time Ticket Text: | review of tolling agreement | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 08/20/2020 Gorman Bros Inc. | 26 | 0.20 | 135.00 | BL | | | No | Unbilled |
| Time Ticket Text: | emails to defendants counsel | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 08/20/2020 Gorman Bros Inc. | 25 | 0.90 | 607.50 | BL | | | No | Unbilled |
| Time Ticket Text: | reviewing Defendant's proposed confidentiality stip | | | | | | | | | |

# *Time Ticket Diary Report*

## Fitapelli & Schaffer, LLP

| Client Number / Client Name | Matter Number | Date / Matter Description | Ticket Number | Hours | Amount | Type | Task Code | Activity Code | Held | Billing Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 166487126 Gorman Bros Inc. | 66-1442 | 08/21/2020 Gorman Bros Inc. | 27 | 0.20 | 135.00 | BL | | | No | Unbilled |
| Time Ticket Text: | emails to D counsel | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 09/18/2020 Gorman Bros Inc. | 20 | 1.30 | 877.50 | BL | | | No | Unbilled |
| Time Ticket Text: | reviewing defendants' production | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 09/18/2020 Gorman Bros Inc. | 30 | 0.50 | 337.50 | BL | | | No | Unbilled |
| Time Ticket Text: | call with Hunter regarding damages and production | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 10/08/2020 Gorman Bros Inc. | 39 | 1.20 | 810.00 | BL | | | No | Unbilled |
| Time Ticket Text: | reviewing Defendants' wage and travel data | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 10/27/2020 Gorman Bros Inc. | 44 | 2.10 | 1,417.50 | BL | | | No | Unbilled |
| Time Ticket Text: | reviewing and fiting Hunter's letter and damages calculations | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 10/27/2020 Gorman Bros Inc. | 45 | 0.30 | 202.50 | BL | | | No | Unbilled |
| Time Ticket Text: | t/c with Hunter re damages | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 10/30/2020 Gorman Bros Inc. | 48 | 0.40 | 270.00 | BL | | | No | Unbilled |
| Time Ticket Text: | t/c with defense counsel | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 10/30/2020 Gorman Bros Inc. | 50 | 0.30 | 202.50 | BL | | | No | Unbilled |
| Time Ticket Text: | reviewing defendants wage notices | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 10/30/2020 Gorman Bros Inc. | 49 | 0.40 | 270.00 | BL | | | No | Unbilled |
| Time Ticket Text: | t/c with Defense Counsel | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 11/04/2020 Gorman Bros Inc. | 52 | 0.70 | 472.50 | BL | | | No | Unbilled |
| Time Ticket Text: | reviewing Defendants data | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 11/23/2020 Gorman Bros Inc. | 54 | 0.60 | 405.00 | BL | | | No | Unbilled |
| Time Ticket Text: | reviewing and editing case management plan | | | | | | | | | |

# *Time Ticket Diary Report*

## Fitapelli & Schaffer, LLP

| Client Number Client Name | Matter Number | Date Matter Description | Ticket Number | Hours | Amount | Type | Task Code | Activity Code | Held | Billing Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 166487126 Gorman Bros Inc. Time Ticket Text: | 66-1442 reviewing and editing initial disclosures | 11/24/2020 Gorman Bros Inc. | 57 | 0.30 | 202.50 | BL | | | No | Unbilled |
| 166487126 Gorman Bros Inc. Time Ticket Text: | 66-1442 preparing for call with court | 12/01/2020 Gorman Bros Inc. | 58 | 0.60 | 405.00 | BL | | | No | Unbilled |
| 166487126 Gorman Bros Inc. Time Ticket Text: | 66-1442 reviewing hunter's letter to court | 12/16/2020 Gorman Bros Inc. | 60 | 0.20 | 135.00 | BL | | | No | Unbilled |
| 166487126 Gorman Bros Inc. Time Ticket Text: | 66-1442 reviewing and editing written discovery demands | 01/05/2021 Gorman Bros Inc. | 62 | 1.60 | 1,080.00 | BL | | | No | Unbilled |
| 166487126 Gorman Bros Inc. Time Ticket Text: | 66-1442 reviewing and editing mediation statement/damages<br><br>1.7 on statement<br>1.1 on damages | 01/18/2021 Gorman Bros Inc. | 71 | 2.80 | 1,890.00 | BL | | | No | Unbilled |
| 166487126 Gorman Bros Inc. Time Ticket Text: | 66-1442 preparing for mediation | 01/20/2021 Gorman Bros Inc. | 75 | 1.20 | 810.00 | BL | | | No | Unbilled |
| 166487126 Gorman Bros Inc. Time Ticket Text: | 66-1442 attending mediation | 01/20/2021 Gorman Bros Inc. | 76 | 2.50 | 1,687.50 | BL | | | No | Unbilled |
| 166487126 Gorman Bros Inc. Time Ticket Text: | 66-1442 reviewing and editing Hunter MOL draft | 03/10/2021 Gorman Bros Inc. | 85 | 1.50 | 1,012.50 | BL | | | No | Unbilled |
| 166487126 Gorman Bros Inc. Time Ticket Text: | 66-1442 review and edit Schaffer Dec | 03/15/2021 Gorman Bros Inc. | 88 | 0.30 | 202.50 | BL | | | No | Unbilled |
| 166487126 Gorman Bros Inc. Time Ticket Text: | 66-1442 review and edit draft MOL | 03/15/2021 Gorman Bros Inc. | 89 | 0.80 | 540.00 | BL | | | No | Unbilled |

# *Time Ticket Diary Report*

## Fitapelli & Schaffer, LLP

| Client Number / Client Name | Matter Number | Date / Matter Description | Ticket Number | Hours | Amount | Type | Task Code | Activity Code | Held | Billing Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 166487126 Gorman Bros Inc. | 66-1442 | 03/17/2021 Gorman Bros Inc. | 91 | 0.50 | 337.50 | BL | | | No | Unbilled |
| Time Ticket Text: | review and edit of MOL | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 04/15/2021 Gorman Bros Inc. | 97 | 0.20 | 135.00 | BL | | | No | Unbilled |
| Time Ticket Text: | review of order granting MPA | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 05/20/2021 Gorman Bros Inc. | 112 | 0.30 | 202.50 | BL | | | No | Unbilled |
| Time Ticket Text: | call with Justin Parks | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 05/20/2021 Gorman Bros Inc. | 118 | 0.20 | 135.00 | BL | | | No | Unbilled |
| Time Ticket Text: | reviewing draft of LT to Court | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 05/20/2021 Gorman Bros Inc. | 116 | 0.30 | 202.50 | BL | | | No | Unbilled |
| Time Ticket Text: | TC with Hunter | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 05/20/2021 Gorman Bros Inc. | 113 | 0.20 | 135.00 | BL | | | No | Unbilled |
| Time Ticket Text: | TC with DC | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 05/20/2021 Gorman Bros Inc. | 121 | 1.30 | 877.50 | BL | | | No | Unbilled |
| Time Ticket Text: | reviewing new awards list | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 07/02/2021 Gorman Bros Inc. | 135 | 1.50 | 1,012.50 | BL | | | No | Unbilled |
| Time Ticket Text: | reviewing and editing Hunter draft of Schaffer Dec. | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 07/02/2021 Gorman Bros Inc. | 134 | 2.10 | 1,417.50 | BL | | | No | Unbilled |
| Time Ticket Text: | reviewing and editing Hunter draft of MOL | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 07/06/2021 Gorman Bros Inc. | 142 | 1.40 | 945.00 | BL | | | No | Unbilled |
| Time Ticket Text: | reveiwing and editing updated MOL and Dec | | | | | | | | | |

.4 hours on Dec

1 hour on MOL

# *Time Ticket Diary Report*

## Fitapelli & Schaffer, LLP

| Client Number / Client Name | Matter Number | Date / Matter Description | Ticket Number | Hours | Amount | Type | Task Code | Activity Code | Held | Billing Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 166487126 Gorman Bros Inc. | 66-1442 | 07/06/2021 Gorman Bros Inc. | 137 | 0.30 | 202.50 | BL | | | No | Unbilled |
| Time Ticket Text: | Telephone Call with Hunter | | | | | | | | | |
| | | **Totals For:B** | | **34.30** | **23,152.50** | | | | | |
| **DS** | **David Sack** | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 06/02/2020 Gorman Bros Inc. | 6 | 0.70 | 157.50 | BL | | | No | Unbilled |
| Time Ticket Text: | Proofread and edited complaint. | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 03/08/2021 Gorman Bros Inc. | 78 | 0.80 | 180.00 | BL | | | No | Unbilled |
| Time Ticket Text: | Proofread and redlined MOL for MPA | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 03/08/2021 Gorman Bros Inc. | 79 | 1.00 | 225.00 | BL | | | No | Unbilled |
| Time Ticket Text: | Proofread and edited MOL for MPA +1 | | | | | | | | | |
| | | **Totals For:DS** | | **2.50** | **562.50** | | | | | |
| **HB** | **Hunter Benharris** | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 02/10/2020 Gorman Bros Inc. | 3 | 0.40 | 110.00 | BL | | | No | Unbilled |
| Time Ticket Text: | ███ call with Joel O'Neil, ███████ | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 03/25/2020 Gorman Bros Inc. | 5 | 1.30 | 357.50 | BL | | | No | Unbilled |
| Time Ticket Text: | Researching for litigation set-up | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 03/27/2020 Gorman Bros Inc. | 4 | 0.50 | 137.50 | BL | | | No | Unbilled |
| Time Ticket Text: | t/c with Ian Anderson ███ | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 06/02/2020 Gorman Bros Inc. | 7 | 1.80 | 495.00 | BL | | | No | Unbilled |
| Time Ticket Text: | drafting N.D.N.Y. Complaint | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 06/03/2020 Gorman Bros Inc. | 8 | 1.20 | 330.00 | BL | | | No | Unbilled |
| Time Ticket Text: | reviewing and editing complaint | | | | | | | | | |

# *Time Ticket Diary Report*

## Fitapelli & Schaffer, LLP

| Client Number / Client Name | Matter Number | Date / Matter Description | Ticket Number | Hours | Amount | Type | Task Code | Activity Code | Held | Billing Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 166487126 Gorman Bros Inc. | 66-1442 | 06/05/2020 Gorman Bros Inc. | 9 | 0.70 | 192.50 | BL | | | No | Unbilled |
| Time Ticket Text: | editing complaint according to clients' review | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 06/10/2020 Gorman Bros Inc. | 10 | 0.40 | 110.00 | BL | | | No | Unbilled |
| Time Ticket Text: | final edits to complaint | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 06/10/2020 Gorman Bros Inc. | 11 | 0.50 | 137.50 | BL | | | No | Unbilled |
| Time Ticket Text: | filing complaint in N.D.N.Y. | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 06/25/2020 Gorman Bros Inc. | 14 | 0.30 | 82.50 | BL | | | No | Unbilled |
| Time Ticket Text: | t/c with defense counsel | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 06/26/2020 Gorman Bros Inc. | 17 | 0.30 | 82.50 | BL | | | No | Unbilled |
| Time Ticket Text: | drafting tooling agreement | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 07/09/2020 Gorman Bros Inc. | 22 | 0.40 | 110.00 | BL | | | No | Unbilled |
| Time Ticket Text: | t/c with Ian Anderson ███████████ | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 07/10/2020 Gorman Bros Inc. | 23 | 0.50 | 137.50 | BL | | | No | Unbilled |
| Time Ticket Text: | t/c with Andrew Spiciarich ████████ | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 08/21/2020 Gorman Bros Inc. | 28 | 0.30 | 82.50 | BL | | | No | Unbilled |
| Time Ticket Text: | email to D counsel re stip | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 09/16/2020 Gorman Bros Inc. | 34 | 1.40 | 385.00 | BL | | | No | Unbilled |
| Time Ticket Text: | reviewing Defendant's production of shifts with travel time | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 09/18/2020 Gorman Bros Inc. | 29 | 0.50 | 137.50 | BL | | | No | Unbilled |
| Time Ticket Text: | t/c regarding damages strategy | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 09/18/2020 Gorman Bros Inc. | 19 | 1.20 | 330.00 | BL | | | No | Unbilled |
| Time Ticket Text: | reviewing defendants' doc production | | | | | | | | | |

# *Time Ticket Diary Report*

## Fitapelli & Schaffer, LLP

| Client Number<br>Client Name | Matter<br>Number | Date<br>Matter Description | Ticket<br>Number | Hours | Amount | Type | Task<br>Code | Activity<br>Code | Held | Billing Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 166487126<br>Gorman Bros. Inc. | 66-1442 | 09/29/2020<br>Gorman Bros. Inc. | 32 | 0.40 | 110.00 | BL | | | No | Unbilled |
| Time Ticket Text: | | t/c with Andrew Spiciarich | | | | | | | | |
| 166487126<br>Gorman Bros. Inc. | 66-1442 | 09/30/2020<br>Gorman Bros. Inc. | 36 | 0.40 | 110.00 | BL | | | No | Unbilled |
| Time Ticket Text: | | call with Andrew Spiciarich | | | | | | | | |
| 166487126<br>Gorman Bros. Inc. | 66-1442 | 10/01/2020<br>Gorman Bros. Inc. | 33 | 0.40 | 110.00 | BL | | | No | Unbilled |
| Time Ticket Text: | | t/c with Ian Anderson | | | | | | | | |
| 166487126<br>Gorman Bros. Inc. | 66-1442 | 10/02/2020<br>Gorman Bros. Inc. | 37 | 0.30 | 82.50 | BL | | | No | Unbilled |
| Time Ticket Text: | | t/c with Nancy Williamson re productions | | | | | | | | |
| 166487126<br>Gorman Bros. Inc. | 66-1442 | 10/08/2020<br>Gorman Bros. Inc. | 38 | 1.10 | 302.50 | BL | | | No | Unbilled |
| Time Ticket Text: | | reviewing Defendants productions | | | | | | | | |
| 166487126<br>Gorman Bros. Inc. | 66-1442 | 10/22/2020<br>Gorman Bros. Inc. | 40 | 0.30 | 82.50 | BL | | | No | Unbilled |
| Time Ticket Text: | | emails with Lisa Joslin | | | | | | | | |
| 166487126<br>Gorman Bros. Inc. | 66-1442 | 10/26/2020<br>Gorman Bros. Inc. | 41 | 0.90 | 247.50 | BL | | | No | Unbilled |
| Time Ticket Text: | | entering data into spreadsheet to create damage calculations | | | | | | | | |
| 166487126<br>Gorman Bros. Inc. | 66-1442 | 10/26/2020<br>Gorman Bros. Inc. | 42 | 1.30 | 357.50 | BL | | | No | Unbilled |
| Time Ticket Text: | | creating calculations to determine damages, reviewing dames | | | | | | | | |
| 166487126<br>Gorman Bros. Inc. | 66-1442 | 10/26/2020<br>Gorman Bros. Inc. | 43 | 1.20 | 330.00 | BL | | | No | Unbilled |
| Time Ticket Text: | | Drafting letter to send to Defendants re damage calculations | | | | | | | | |
| 166487126<br>Gorman Bros. Inc. | 66-1442 | 10/27/2020<br>Gorman Bros. Inc. | 46 | 0.30 | 82.50 | BL | | | No | Unbilled |
| Time Ticket Text: | | call with Brian re damages | | | | | | | | |
| 166487126<br>Gorman Bros. Inc. | 66-1442 | 10/30/2020<br>Gorman Bros. Inc. | 47 | 0.40 | 110.00 | BL | | | No | Unbilled |
| Time Ticket Text: | | t/c with Defense Counsel | | | | | | | | |

# *Time Ticket Diary Report*

## Fitapelli & Schaffer, LLP

| Client Number<br>Client Name | Matter<br>Number | Date<br>Matter Description | Ticket<br>Number | Hours | Amount | Type | Task<br>Code | Activity<br>Code | Held | Billing Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>reviewing data produced by Defendants | 11/04/2020<br>Gorman Bros Inc. | 51 | 1.10 | 302.50 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>Drafting case management plan | 11/23/2020<br>Gorman Bros Inc. | 53 | 1.30 | 357.50 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>drafting initial disclosures | 11/24/2020<br>Gorman Bros Inc. | 56 | 1.10 | 302.50 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>reviewing and implementing Lisa Joslin's edits, filing case management plan | 11/24/2020<br>Gorman Bros Inc. | 55 | 0.40 | 110.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>drafting letter to court re mediation | 12/16/2020<br>Gorman Bros Inc. | 59 | 0.40 | 110.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>drafting written discovery demands<br><br>1.4 of document demands<br><br>1.3 on interrogates | 01/04/2021<br>Gorman Bros Inc. | 61 | 2.70 | 742.50 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>finalizing discovery demands and sending to Defendants | 01/06/2021<br>Gorman Bros Inc. | 63 | 0.60 | 165.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>Reviewing data on Ian Anderson snet by Defendants | 01/11/2021<br>Gorman Bros Inc. | 64 | 0.80 | 220.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>t/c with nancy williamson ███████ | 01/13/2021<br>Gorman Bros Inc. | 65 | 0.40 | 110.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>tc with andrew spiciarich re mediation | 01/15/2021<br>Gorman Bros Inc. | 67 | 0.40 | 110.00 | BL | | | No | Unbilled |

# *Time Ticket Diary Report*

## Fitapelli & Schaffer, LLP

| Client Number Client Name | Matter Number | Date Matter Description | Ticket Number | Hours | Amount | Type | Task Code | Activity Code | Held | Billing Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 166487126 Gorman Bros Inc. | 66-1442 | 01/15/2021 Gorman Bros Inc. | 68 | 0.60 | 165.00 | BL | | | No | Unbilled |
| Time Ticket Text: | t/c with Joel O'neil ████ | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 01/16/2021 Gorman Bros Inc. | 69 | 2.10 | 577.50 | BL | | | No | Unbilled |
| Time Ticket Text: | drafting mediation statement | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 01/16/2021 Gorman Bros Inc. | 70 | 1.90 | 522.50 | BL | | | No | Unbilled |
| Time Ticket Text: | calculating damages for mediation .8 writing formulas .6 data entry .5 reviewing and editing | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 01/19/2021 Gorman Bros Inc. | 73 | 0.60 | 165.00 | BL | | | No | Unbilled |
| Time Ticket Text: | conference call with clients ████ | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 01/19/2021 Gorman Bros Inc. | 72 | 2.50 | 687.50 | BL | | | No | Unbilled |
| Time Ticket Text: | finalzing meidation statement to send to court 1.1 reviewing and editing statement .6 reviewing damages .6 putting together exhibits in PDF .2 email to Tara Burtt | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 01/20/2021 Gorman Bros Inc. | 74 | 1.10 | 302.50 | BL | | | No | Unbilled |
| Time Ticket Text: | preparing for mediation | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 01/20/2021 Gorman Bros Inc. | 77 | 2.50 | 687.50 | BL | | | No | Unbilled |
| Time Ticket Text: | attending mediation | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 01/22/2021 Gorman Bros Inc. | 66 | 0.40 | 110.00 | BL | | | No | Unbilled |
| Time Ticket Text: | Telephone Call with ian Anderson ████ | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 03/04/2021 Gorman Bros Inc. | 80 | 1.30 | 357.50 | BL | | | No | Unbilled |
| Time Ticket Text: | researching FLSA approval in Northern District | | | | | | | | | |

# *Time Ticket Diary Report*

## Fitapelli & Schaffer, LLP

| Client Number<br>Client Name | Matter<br>Number | Date<br>Matter Description | Ticket<br>Number | Hours | Amount | Type | Task<br>Code | Activity<br>Code | Held | Billing Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>research re FLSA approval, notice filing | 03/04/2021<br>Gorman Bros Inc. | 81 | 1.20 | 330.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>drafting gorman MPA MOL<br><br>.3 intro<br>1.3 procedural background<br><br>1.6 Argument I | 03/05/2021<br>Gorman Bros Inc. | 82 | 3.20 | 880.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>Review and edit Gorman MPa mol | 03/07/2021<br>Gorman Bros Inc. | 84 | 1.50 | 412.50 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>drafting Gorman MPA MOL | 03/07/2021<br>Gorman Bros Inc. | 83 | 2.10 | 577.50 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>drafting schaffer Dec. | 03/10/2021<br>Gorman Bros Inc. | 87 | 0.40 | 110.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>implementing Brian edits | 03/10/2021<br>Gorman Bros Inc. | 86 | 0.70 | 192.50 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>implementing Brian edits, revising payment section in background | 03/15/2021<br>Gorman Bros Inc. | 90 | 0.80 | 220.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>drafting table of contents | 03/17/2021<br>Gorman Bros Inc. | 93 | 0.30 | 82.50 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>drafting table of authorities | 03/17/2021<br>Gorman Bros Inc. | 94 | 0.70 | 192.50 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>final proofread of MOL | 03/17/2021<br>Gorman Bros Inc. | 92 | 1.10 | 302.50 | BL | | | No | Unbilled |

# *Time Ticket Diary Report*

## Fitapelli & Schaffer, LLP

| Client Number<br>Client Name | Matter<br>Number | Date<br>Matter Description | Ticket<br>Number | Hours | Amount | Type | Task<br>Code | Activity<br>Code | Held | Billing Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>filing MPA motion | 03/19/2021<br>Gorman Bros Inc. | 95 | 0.20 | 55.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>reviewing order granting MPA | 04/15/2021<br>Gorman Bros Inc. | 96 | 0.20 | 55.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>tc with DC | 04/16/2021<br>Gorman Bros Inc. | 99 | 0.30 | 82.50 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>emails with AB Data | 04/16/2021<br>Gorman Bros Inc. | 98 | 0.20 | 55.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>emails with AB data | 05/04/2021<br>Gorman Bros Inc. | 100 | 0.30 | 82.50 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>reviewing class list and AB data calculations | 05/05/2021<br>Gorman Bros Inc. | 101 | 0.70 | 192.50 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>Telephone Call with AB Data re wrong calculations | 05/05/2021<br>Gorman Bros Inc. | 102 | 0.40 | 110.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>Telephone Call with DC | 05/06/2021<br>Gorman Bros Inc. | 103 | 0.30 | 82.50 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>reviewing and approving AB Data calculations | 05/06/2021<br>Gorman Bros Inc. | 104 | 0.80 | 220.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>Telephone Call w opt in re settlement | 05/13/2021<br>Gorman Bros Inc. | 105 | 0.20 | 55.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>Telephone Call with Class Member Mike Darrow re award | 05/18/2021<br>Gorman Bros Inc. | 126 | 0.30 | 82.50 | BL | | | No | Unbilled |

# *Time Ticket Diary Report*

## Fitapelli & Schaffer, LLP

| Client Number<br>Client Name | Matter<br>Number | Date<br>Matter Description | Ticket<br>Number | Hours | Amount | Type | Task<br>Code | Activity<br>Code | Held | Billing Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>call with class member | 05/18/2021<br>Gorman Bros Inc. | 106 | 0.30 | 82.50 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>Telephone Call with Hector Caban ▉ | 05/19/2021<br>Gorman Bros Inc. | 127 | 0.30 | 82.50 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>texts with Joel O'Neil | 05/19/2021<br>Gorman Bros Inc. | 108 | 0.20 | 55.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>call with class member | 05/19/2021<br>Gorman Bros Inc. | 107 | 0.20 | 55.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>drafting LT to court | 05/20/2021<br>Gorman Bros Inc. | 117 | 0.30 | 82.50 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>filing LT | 05/20/2021<br>Gorman Bros Inc. | 119 | 0.20 | 55.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>TC with Brian | 05/20/2021<br>Gorman Bros Inc. | 115 | 0.30 | 82.50 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>TC with DC | 05/20/2021<br>Gorman Bros Inc. | 114 | 0.20 | 55.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>reviewing new awards list | 05/20/2021<br>Gorman Bros Inc. | 120 | 1.40 | 385.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>Call with Joel Oneil | 05/20/2021<br>Gorman Bros Inc. | 109 | 0.30 | 82.50 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>reviewing class list for errors | 05/20/2021<br>Gorman Bros Inc. | 111 | 1.30 | 357.50 | BL | | | No | Unbilled |

# *Time Ticket Diary Report*

## Fitapelli & Schaffer, LLP

| Client Number<br>Client Name | Matter<br>Number | Date<br>Matter Description | Ticket<br>Number | Hours | Amount | Type | Task<br>Code | Activity<br>Code | Held | Billing Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>Call with Admin | 05/20/2021<br>Gorman Bros Inc. | 110 | 0.20 | 55.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>text with Ian Anderson | 05/21/2021<br>Gorman Bros Inc. | 123 | 0.20 | 55.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>call with Andrew Spiciarich | 05/21/2021<br>Gorman Bros Inc. | 122 | 0.30 | 82.50 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>researching MFA approvals in NDNY | 06/28/2021<br>Gorman Bros Inc. | 128 | 0.70 | 192.50 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>researching for MFA MOL | 06/28/2021<br>Gorman Bros Inc. | 125 | 1.50 | 412.50 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>emails with admin | 06/28/2021<br>Gorman Bros Inc. | 124 | 0.20 | 55.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>drafting MFA MOL<br><br>.2 introduction<br><br>2.3 Argument Section I<br><br>.2 Argument Section II<br><br>.6 Argument Section III<br><br>2.5 Argument Section IV | 06/29/2021<br>Gorman Bros Inc. | 129 | 5.80 | 1,595.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>reviewing and editing MOL | 06/30/2021<br>Gorman Bros Inc. | 131 | 1.90 | 522.50 | BL | | | No | Unbilled |

# *Time Ticket Diary Report*

## Fitapelli & Schaffer, LLP

| Client Number<br>Client Name | Matter<br>Number | Date<br>Matter Description | Ticket<br>Number | Hours | Amount | Type | Task<br>Code | Activity<br>Code | Held | Billing Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>reviewing and editing Admin declaration | 06/30/2021<br>Gorman Bros Inc. | 132 | 0.40 | 110.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>drafting Schaffer Declaration | 06/30/2021<br>Gorman Bros Inc. | 130 | 2.30 | 632.50 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>researching new approval case Solis and adding to MOL<br><br>.5 researching<br><br>.7 adding into MOL | 07/01/2021<br>Gorman Bros Inc. | 133 | 1.20 | 330.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>reviewing and approving Admin dec. | 07/06/2021<br>Gorman Bros Inc. | 148 | 0.20 | 55.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>Telephone Call with Caitlin Ripp re admin dec | 07/06/2021<br>Gorman Bros Inc. | 140 | 0.30 | 82.50 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>finalizing documents for filing | 07/06/2021<br>Gorman Bros Inc. | 147 | 0.20 | 55.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>reviewing and implementing Brian's edits to Dec | 07/06/2021<br>Gorman Bros Inc. | 139 | 0.40 | 110.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>drafting proposed order | 07/06/2021<br>Gorman Bros Inc. | 146 | 0.20 | 55.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>reviewing and implementing Brian final edits to MOL and Dec | 07/06/2021<br>Gorman Bros Inc. | 145 | 0.40 | 110.00 | BL | | | No | Unbilled |
| 166487126<br>Gorman Bros Inc.<br>Time Ticket Text: | 66-1442<br><br>creating TOC and TOA for MOL | 07/06/2021<br>Gorman Bros Inc. | 144 | 0.80 | 220.00 | BL | | | No | Unbilled |

# *Time Ticket Diary Report*

Report Date:   7/6/2021
Report Time:   7:45PM
Page:   15 of 16
User ID:   enharris

## Fitapelli & Schaffer, LLP

| Client Number / Client Name | Matter Number | Date / Matter Description | Ticket Number | Hours | Amount | Type | Task Code | Activity Code | Held | Billing Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 166487126 Gorman Bros Inc. | 66-1442 | 07/06/2021 Gorman Bros Inc. | 143 | 0.40 | 110.00 | BL | | | No | Unbilled |
| Time Ticket Text: | compiling exhibits for filing | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 07/06/2021 Gorman Bros Inc. | 138 | 0.30 | 82.50 | BL | | | No | Unbilled |
| Time Ticket Text: | Telephone Call with Brian re edits to MOL and Dec | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 07/06/2021 Gorman Bros Inc. | 136 | 1.40 | 385.00 | BL | | | No | Unbilled |
| Time Ticket Text: | implementing Brian edits to MOL and updating citations | | | | | | | | | |
| | .5 implementing edits | | | | | | | | | |
| | .9 updating citations | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 07/06/2021 Gorman Bros Inc. | 141 | 0.50 | 137.50 | BL | | | No | Unbilled |
| Time Ticket Text: | updating citations in Schaffer Dec | | | | | | | | | |
| | | **Totals For:HB** | | **81.60** | **22,440.00** | | | | | |

**MTO          Melissa Torres**

| Client Number / Client Name | Matter Number | Date / Matter Description | Ticket Number | Hours | Amount | Type | Task Code | Activity Code | Held | Billing Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 166487126 Gorman Bros Inc. | 66-1442 | 01/30/2020 Gorman Bros Inc. | 1 | 1.00 | 150.00 | BL | | | No | Unbilled |
| Time Ticket Text: | Uploaded documents: consent, retainer and intake notes. | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 01/30/2020 Gorman Bros Inc. | 2 | 0.50 | 75.00 | BL | | | No | Unbilled |
| Time Ticket Text: | Preservation of evidence sent to Andrew Spiciarich. | | | | | | | | | |
| 166487126 Gorman Bros Inc. | 66-1442 | 09/21/2020 Gorman Bros Inc. | 31 | 3.00 | 450.00 | BL | | | No | Unbilled |
| Time Ticket Text: | Data entry | | | | | | | | | |
| | | **Totals For:MTO** | | **4.50** | **675.00** | | | | | |

**ND          Nicole D'Apice**

| Client Number / Client Name | Matter Number | Date / Matter Description | Ticket Number | Hours | Amount | Type | Task Code | Activity Code | Held | Billing Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 166487126 Gorman Bros Inc. | 66-1442 | 10/29/2020 Gorman Bros Inc. | 35 | 0.30 | 37.50 | BL | | | No | Unbilled |
| Time Ticket Text: | Drafted and emailed preservation of evidence to P-O'Neil | | | | | | | | | |
| | | **Totals For:ND** | | **0.30** | **37.50** | | | | | |

# *Time Ticket Diary Report*

## Fitapelli & Schaffer, LLP

| Client Number Client Name | Matter Number | Date Matter Description | Ticket Number | Hours | Amount | Type | Task Code | Activity Code | Held | Billing Status |
|---|---|---|---|---|---|---|---|---|---|---|

### Timekeepers Totals

| Timekeeper: | B | Type | | | Unbilled | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Billable Hours | | | 34.30 | | | | | |
| | | **Total For B** | | | **34.30** | | | | | |
| Timekeeper: | DS | Type | | | Unbilled | | | | | |
| | | Billable Hours | | | 2.50 | | | | | |
| | | **Total For DS** | | | **2.50** | | | | | |
| Timekeeper: | HB | Type | | | Unbilled | | | | | |
| | | Billable Hours | | | 81.60 | | | | | |
| | | **Total For HB** | | | **81.60** | | | | | |
| Timekeeper: | MTO | Type | | | Unbilled | | | | | |
| | | Billable Hours | | | 4.50 | | | | | |
| | | **Total For MTO** | | | **4.50** | | | | | |
| Timekeeper: | ND | Type | | | Unbilled | | | | | |
| | | Billable Hours | | | 0.30 | | | | | |
| | | **Total For ND** | | | **0.30** | | | | | |

### Firm Totals

| TYPE | Unbilled |
|---|---|
| Billable Hours | 123.20 |
| **Grand Total:** | **123.20** |

| Expense Type | Date | Description | Amount | Totals |
|---|---|---|---|---|
| **Correspondence** | | | | $0.00 |
| **Transcripts** | | | | $0.00 |
| **Experts** | | | | $0.00 |
| **Administrative** | | | | $0.00 |
| **Web & Media Expenses** | | | | $0.00 |
| **Filing & Misc. Expenses** | 6/9/2020 | Filing NDNY Complaint | $402.00 | $402.00 |
| **Depositions** | | | | $0.00 |
| **Grand Total** | | | | **$402.00** |