# EXHIBIT G

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

DON HADEL, ET AL.,

              Plaintiffs,

         v.                              15 CV 3706 (RLE)

GAUCHO, LLC, ET AL.,

              Defendants.

------------------------------x
                                         New York, N.Y.
                                         June 30, 2016
                                         10:45 a.m.

Before:

                  HON. RONALD L. ELLIS,

                                         Magistrate Judge

                       APPEARANCES

FITAPELLI & SCHAFFER, LLP
     Attorneys for Plaintiffs Hadel, et al.
BY:  BRIAN S. SCHAFFER
ARMANDO ORTIZ


KANE KESSLER, P.C.
     Attorneys for Defendants Gaucho, et al.
BY:  DANA M. SUSMAN
```

1  filed from anyone objecting to it.  If indeed the average

2  amount is -- does seem to be a significant amount compared to

3  what happens in some settlements.  I don't see any reason that

4  the settlement be held up.

5           What's the timeframe for after signing in terms of

6  checks being sent?

7           MR. SCHAFFER:  I believe, your Honor, the checks, the

8  defendant has to pay the entire settlement amount 30 days after

9  the effective date.  So essentially, the Court approves the

10 settlement.  The effective date is 30 days after, defendant has

11 30 days after that.  So effectively 60 days after your Honor's

12 order approving the settlement the funds get deposited in one

13 shot and the claims administrator cuts the checks about ten

14 days later.

15          THE COURT:  OK.  All right.  I don't have any specific

16 comments concerning any of the elements of the award of the

17 settlement.  Including, I think you're right that the trend is

18 to award fees based upon a proportion of the settlement fund

19 and as is probably true in many of the cases, if the proportion

20 of the loadstar is probably higher if you're able to effectuate

21 a settlement earlier and certainly that's to be encouraged, you

22 could have litigated longer and he proportion would have been

23 less but that would not be a good result for either the

24 plaintiffs, the defendants, either counsel or the class

25 members.

G6UAAHADC                    Hearing

1           So I think you should not take the opportunity to
2  penalize people for being efficient.  So I approve the judgment
3  and the claims administrator will do their job and defendant
4  will do their job and hopefully this is good bye.
5           MR. SCHAFFER:  I hope we'll see you again sometime.
6           THE COURT:  OK.  In other another case.
7           We're adjourned.  Thank you.
8                         (Adjourned)