UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK



ANDREW SPICIARICH, JOEL O'NEIL, and
IAN ANDERSON, on behalf of themselves and all
others similarly situated,

          Plaintiffs,

-against-

THE GORMAN GROUP, LLC; GORMAN
BROS., INC.; ALBERT MARK GORMAN,
individually; and PAUL ANTHONY GORMAN,
individually;

          Defendants.

No. 20 Civ. 646 (CFH)

### ORDER GRANTING FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

1. Based on the submissions by Plaintiffs, without opposition, the Court grants Final Approval of the class action settlement reached between the parties as set forth in their Settlement Agreement.

2. The Litigation is dismissed with prejudice.

3. The Court will retain jurisdiction over this action to enforce the settlement.

This constitutes the decision and order of the Court.

Dated: Albany, New York
       July 16, 2021

                                              Hon. Christian F. Hummel